UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- :

ANTHONY CAREY, :

Defendant. :

---------------------------------------------------------X

25-CR-23 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Due to a conflict with the Court's schedule, it is hereby:

ORDERED that the sentencing currently scheduled for August 19, 2026 at 11:00 a.m. is adjourned to August 20, 2026 at 11:30 a.m.

SO ORDERED.

Dated: July 7, 2026
New York, New York

Vernon S. Broderick
United States District Judge