UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

UNITED STATES OF AMERICA :

- against -

ANTHONY CAREY

Defendant.

-----------------------------------X

**ORDER**

25 Cr 23 (VSB)

VERNON S. BRODERICK, U.S.D.J.

Upon the application of Michael Bradley, counsel for **ANTHONY CAREY**, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center (MDC Brooklyn) allow the following clothing to be admitted for Anthony Carey for his upcoming sentencing scheduled for Thursday, August 20th, 2026:

1. 1 pair of Slacks
2. 1 Suit Jacket
3. 1 Shirt
4. 1 Pair of Socks
5. 1 Pair of Shoes
6. Belt

Dated: New York, New York
August 10, 2026

S O O R D E R E D:

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE